David Ali Chami
SBN: 027585
Chami Law Firm, PLLC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
David@chamilawfirm.com
Attorney for Plaintiff,
Mark Marcus

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

No.  2:15-cv-00658-SPL

Mark Marcus,

                  Plaintiff,

v.

Convergent Outsourcing, Inc.,

                  Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff, MARK MARCUS ("Plaintiff"), through his attorney, Chami Law Firm, PLLC,

and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with

prejudice, against Defendant, CONVERGENT OUTSOURCING, INC.


DATED: July 22, 2015               RESPECTFULLY SUBMITTED


                             By: /s/David Ali Chami
                                 David Ali Chami
                                 Chami Law Firm, PLLC
                                 Attorney for Plaintiff
                                 Mark Marcus